UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
                          )   CASE NO. **07-152M**
      vs.                 )
                          )
**STEPHEN GOODMAN**       )
                          )
            Defendant.    )

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **17ᵗʰ** day of **AUGUST** , 2007,

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.



**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE   19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED

AUG **1 7** 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE